U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2018 JAN 31 A 11: 39

STEPHEN C. DRIES
CLERK

# COMPLAINT

**(for filers who are prisoners without lawyers)**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

(Full name of plaintiff(s))

Daniel Douglas Patrykus

v.

Case Number: 18-C-0172

(to be supplied by Clerk of Court)

(Full name of defendant(s))

Officer Mitch Vetch

Officer Meekash, Officer Charles Nelson,

Officer Julio Ramirez

---

A. PARTIES

1. Plaintiff is a citizen of Wisconsin (State), and is located at

Brown County Jail, 3030 Curry Lane, Green Bay, WI. 54311
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant Officer Mitch Vetch (Name)

is (if a person or private corporation) a citizen of Wisconsin (State, if known)

# COMPLAINT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Cont. (1) and ~~resides~~ worked for The Brown County Jail Located at 3030 Curry Lane, Green Bay WI. 54311

2. Defendant Officer Meekash is a citizen of Wisconsin and worked for the Brown County Jail. (WI)

3. Defendant Officer Charles Nelson is a citizen of Wisconsin and worked for the Brown County Jail. (WI)

4. Defendant Officer Julio Ramirez is a citizen of Wisconsin and worked for the Brown County Jail (WI)

## B. STATEMENT OF CLAIM

The Plantiff Daniel D. Patrykus, is an Inmate at the Brown County Jail, in Green Bay Wisconsin. On November 4th, 2017, during recreation in the dayroom of Patrykus' Housing Pod, an Inmate threatened to physically assult Patrykus. Patrykus reported this incident to Mitch Vetch, an officer at the Brown County Jail, who was the Assigned pod officer at that time. Officer Vetch failed to take action on the threats, for no apparent reason. Patrykus Filed a grievence Later that same evening, explaining the threats that were made, and that he feared for his personal Safety, and requested to be moved to a different pod. He turned in the Grievence to Officer Julio Ramirez, and made him aware of the threat made against him. Officer Ramirez failed to take any action on moving him, for no apparent reason.

While awaiting a response to the Grievence, Patrykus reported the threats to Officer Charles Nelson, and requested to be moved to a different housing area. Officer Nelson failed to take any action on the reported threats, and did not move Patrykus, for no apparent reason

Corporal Meekash returned Patrykus' grievence as "unfounded", on November 8th 2017, and denied

Case 2:18-cv-00172-DEJ Filed 01/31/18 Page 3 of 6 Document 1

## STATEMENT OF CLAIM (cont.)

cont.

his request to be moved.

On November 12th, 2017, Inmate Patrykus was Assulted by Inmate Eric Howard, the same inmate who had Threatened Inmate Patrykus 8 days prior, which Patrykus reported to each of the above named Defendants.

A taser handgun had to be deployed/used on Inmate Howard, to stop Howard from assulting Patrykus. Patrykus suffered an Asthma attack due to the physical distress caused by the incident. Patrykus recieved medical attention, and had pictures taken of his injuries by Lt. Halasi and Cpl. Dequaine.

Patrykus seeks Damages for ignoring the threat of injury, and for the physical distress that he suffered due to negligence. As well as a ruling that prohibits the Brown County Jail from ignoring and/or denying an inmates request to be moved, when a threat against that person has been made by another inmate, and then reported to the Jail officer, workers or Staff.

C. JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR



I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ 50,000.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I seek relief for physical distress and personal Injury. I suffered an Asthma Attack and had injuries which could have been avoided had the officers of the Jail Taken appropriate Action and moved me. I seek a total of $40,000 for the above Damages. I seek Punitive Damages in the amount of $10,000 for Deliberate Indifference, failure to protect. Lastly I seek a ruling that prohibits the Brown Co. Jail from ignoring and/or denying an inmates request to be moved when a Threat has been made, and then reported to Jail staff/officers. Court Costs and Legal Counsel fees.

E. JURY DEMAND

I want a jury to hear my case.

☒ – YES ☐ – NO

Nicholas J. Dean 1/21/18
EXP. 1/08/21

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 21st day of January 2018.

Respectfully Submitted,

[signature]
Signature of Plaintiff

930000012134
Plaintiff's Prisoner ID Number

Daniel Patrykus - Brown County Jail
3030 Curry Lane, Green Bay, WI. 54311
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.